IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAMES F. LECHTENBERG,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**GARY L. SIVERSON, AMY SIVERSON, and G & A FEEDERS LLC, a Nebraska Limited Liability Company;**<br><br>**Defendants.** | **8:21CV100**<br><br>**ORDER TO SHOW CAUSE** |

On March 11, 2021, the Office of the Clerk sent a letter (Filing No. 3) to attorney Eric A. Scott directing him to register for admission to practice in this court and to register for the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1). As of April 15, 2021, the above attorney has not registered for the Case Management/Electronic Case files (CM/ECF system). Accordingly,

**IT IS ORDERED:** On or before **April 30, 2021**, Eric A. Scott shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in being removed as counsel of record.

Dated this 15th day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge